# IN THE SUPREME COURT OF THE STATE OF NEVADA

UMC; AND CORVEL CORPORATION,
                    Appellants,

vs.

CELENA GILLESPIE,
                    Respondent.

No. 83970

**FILED**

AUG 1 1 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
    DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

Cause appearing, appellants' motion for a voluntary dismissal of this appeal is granted. This appeal is dismissed. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:   Hon. Eric Johnson, District Judge
      William C. Turner, Settlement Judge
      Lewis Brisbois Bisgaard & Smith, LLP/Las Vegas
      Bertoldo Baker Carter Smith & Cullen
      Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O) 1947

22-25178